Mark D. Eibert  (Bar # 116570)
Attorney at Law
P. O. Box 1126
Half Moon Bay, CA 94019-1126
Telephone: (650) 638-2380
Fax: (650) 712-8377

Attorney for: Defendant Mark Garcia

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MARK GARCIA,<br><br>    Defendant. | CR 09-863 JSW (BZ)<br><br>**UNOPPOSED** MOTION AND <s>[PROPOSED]</s> ORDER TO MODIFY CONDITIONS OF RELEASE TO ALLOW DEFENDANT TO TRAVEL TO THE SOUTHERN DISTRICT OF CALIFORNIA FOR WORK WITH THE APPROVAL OF PRETRIAL SERVICES |

Defendant Mark Garcia, through his attorney, respectfully requests that the Court modify the conditions of his release to allow him to travel to the Southern District of California when and as permitted by Pretrial Services for work purposes.

The reasons are as follows.  First, Mr. Garcia, who is free on bail and living in the Central District of California, has had difficulty obtaining sufficient employment.  He recently had to turn down a potential employment opportunity because his conditions of release, which currently allow him to travel to the Northern, Eastern and Central Districts of California, do not allow him to travel to the Southern District.  The attached proposed Order would require him to obtain the approval of Pretrial Services for any future employment and travel to the Southern

District, and to comply with any and all conditions that Pretrial Services might set.  Mr. Garcia has complied with all the conditions of his release to date.

Both Mr. Garica's Pretrial Services Officer, Ms. Meredith Monroe (who supervises him in the Central District, where he lives), and one of the AUSAs prosecuting this case, Tarek Helou, Esq., have graciously stated that they do not oppose this motion.  A copy of this motion and any resulting Order will be provided to Ms. Monroe.

For the foregoing reasons, defendant Mark Garcia respectfully asks the Court to enter the Order below.

Dated:  October 20, 2011                    Respectfully submitted,

                            ___/s/  Mark D. Eibert_____
                            Mark D. Eibert
                            Attorney for Defendant Mark Garcia

**ORDER**

GOOD CAUSE APPEARING THEREFORE, it is hereby ORDERED that defendant Mark Garcia shall be permitted to travel to the Southern District of California for employment purposes, with the prior notification and approval of the supervising Pretrial Services Officer. He shall provide Pretrial Services with his itinerary and any other information they request about his trips, and comply with any and all conditions that Pretrial Services may set.

IT IS SO ORDERED.

Dated: October 20, 2011

Hon. Bernard Zimmerman
United States Magistrate Judge