UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                    CR 09-863 JSW

                    Plaintiff,               [PROPOSED] ORDER ALLOWING
                                             TRAVEL OUTSIDE NORTHERN
           v.                                DISTRICT OF CALIFORNIA

STEVEN SWANSON,

                    Defendant.
_____/

     Upon request of defendant and good cause appearing,

     IT IS HEREBY ORDERED that Steven Swanson may travel to New

York State from January 12, 2012 to January 29, 2011 to attend

his grandchild's anticipated birth.

     Defendant Swanson must remain in contact with his Pretrial

Services Officer as ordered by Pretrial Services during this

period.

     Dated:

                                        BERNARD ZIMMERMAN, Magistrate
                                        United States District Court Judge

LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331