```
 1 | KENNETH H. WINE(#142385)
   | Hallinan & Wine
 2 | 345 Franklin Street
   | San Francisco, CA  94102
 3 | Telephone:  (415) 621-2400
   | Fax: (415) 575-9930
 4 | email: kenwine@hotmail.com
 5 | Counsel for BRETT BASSIGNANI
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR-09-0863 JSW |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED] |
| v. | ) ORDER EXONERATING BAIL |
| | ) |
| BRETT BASSIGNANI, | ) |
| | ) |
| Defendant. | ) |

I, KENNETH WINE, DECLARE:

1. I am the attorney for Defendant Brett Bassignani, appointed pursuant to the Criminal Justice Act.

2. On August 24, 2009, Mr. Bassignani was granted bail at the amount of $200,000 secured by his parents' – Leonard and Lorraine Bassignani's- home in Upper Lake, CA.

3. Leonard and Lorraine Bassignani have a "reverse mortgage" with Bank of America, Account No. 6824-1000-760199, and have an available line of credit of approximately $260,000.00.

4. The parties previously agreed, and this Court ordered, that Bank of America freeze $200,000.00 of the reverse mortgage account to secure the bail for Mr. Bassignani.

5. The bail in this case was exonerated by the United States District Court on March 1, 2012.

6. The freeze on Leonard and Lorraine Bassignani Bank of America, Account No. 6824-1000-760199, should be terminated.

Dated: March 2, 2012

/s/ Kenneth Wine
Kenneth H. Wine
Attorney for Defendant
BRETT BASSIGNANI

SO STIPULATED.

Dated: March ____, 2012

/s/
Aarvon Perteet, AUSA

## ORDER

GOOD CAUSE APPEARING:

The bond in this case, having been exonerated by order of the United States District Court, it is hereby ordered that Bank of America shall release the hold on Reverse Mortgage #6824-1000-760199, held in the name of Leonard and Lorraine Bassignani, as security for the bail of Defendant Brett Bassignani in this case.

Counsel for the Defendant shall serve the Bank America with a copy of this order.

SO ORDERED.

DATED: March 5, 2012

HON. BERNARD ZIMMERMAN
United States District Court