IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. CR 09-0863 JSW |
| | ) | |
| v. | ) | [PROPOSED] ORDER |
| | ) | EXONERATING BOND |
| THOMAS LEE CARTER, | ) | |
| | ) | |
| Defendant. | ) | |

The bond previously posted by Thomas Lee Carter in this matter is hereby EXONERATED and all surrendered passports, specifically the passports of Mr. Carter and his wife Jamie Cerridono, shall be returned by the Clerk to either Mr. Carter and/or Ms. Cerridono, or an employee of the Federal Public Defenders office.

IT IS SO ORDERED.

DATED: October 26, 2012

_____
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

ORDER EXONERATING BOND